UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH OZI,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PETSMART, LLC, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:25-cv-001448-ART-DJA<br><br>ORDER<br><br>(ECF No. 1) |

    Plaintiff Elizabeth Ozi brought an action in state court against Defendant Petsmart LCC and Doe and Roe defendants, alleging that they negligently covered a raised metal bar with a floormat, causing her to trip and fall. (ECF No. 1-2.) Petsmart filed a petition to remove in this Court (ECF No. 1). The Court now orders Petsmart to refile its removal petition together with all required state court documents, or file a statement explaining that its petition already includes all documents required by 28 U.S.C. § 1446(a).

    A defendant seeking to remove a case from state to federal court may file "a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, *together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.*" 28 U.S.C. § 1446(a) (emphasis added). Failure to include all the required state court documents is a curable procedural defect, even after expiration of the thirty-day removal period. *Kuxhausen v. BMW Fin. Servs. NA LLC*, 707 F.3d 1136, 1142 (9th Cir. 2013).

    Petsmart filed its notice of removal together with Ms. Ozi's complaint, and her request for exemption from arbitration. It is not clear whether these documents

1

constitute "all process, pleadings, and orders" served upon Petsmart in the state court action. *See* 28 U.S.C. § 1446(a).

It is therefore ORDERED that Defendant either file an amended petition for removal that fully complies with the requirements of 28 U.S.C. § 1446(a), or make a statement that its first petition already includes all process, pleadings, and orders served upon it in state court. The deadline to comply with this order shall be October 31, 2025.

DATED THIS 17th day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2